| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO.**<br>**1437 Bannock Street, Denver, CO 80202**<br>**Telephone: (720) 865-8301** | DATE FILED: October 7, 2021 6:01 PM<br>FILING ID: 3513573BDD46F<br>CASE NUMBER: 2021CV33171 |
| DIAMOND EXTERIORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>**SAFECO INSURANCE COMPANY OF AMERICA,** a New Hampshire Corporation,<br><br><br>Defendant. | ^COURT USE ONLY^ |
| *Attorney for Plaintiff*<br>David J. Furtado, No. 28002<br>Furtado Law PC<br>3773 Cherry Creek North Drive, Ste. 755<br>Denver, CO 80209<br>Telephone: (303) 755-2929<br>Facsimile: (303) 309-6463<br>E-Mail:  dfurtado@furtadolaw.com | Case No:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW Plaintiff, Diamond Exteriors LLC ("Plaintiff"), by and through its attorney, Furtado Law PC, and submits its Complaint and Jury Demand against the above-named Defendant Safeco Insurance Company of America, a New Hampshire Corporation ("Defendant") and states as follows:

### I.  NATURE OF THE ACTION

1. Plaintiff brings this action seeking economic and non-economic damages related to Defendant's breach of an insurance contract and statutory claims pursuant to C.R.S. §§10-

**EXHIBIT A**

3-1115 and 10-3-1116 arising from Defendant's unreasonable delay and denial of timely payment for insurance benefits including recoverable depreciation.

## II.    PARTIES

2. Diamond Exteriors LLC ("Plaintiff") is a limited liability company in good standing in the state of Colorado. Its principal office street address is PO Box 903, Castle Rock, CO 80104, United States.

3. Upon information and belief, Safeco Insurance Company of America ("Defendant") is a registered New Hampshire corporation with its principal place of business located at Dover, New Hampshire and conducts business in Colorado.

## III.    JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action and the parties hereto pursuant to C.R.S. §13-1-124.

5. Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1).

## IV.    GENERAL ALLEGATIONS

6. Curtis Cole sought and obtained an insurance policy, Policy No. OY06779460 (hereinafter the "Policy"), from Defendant for his home located at 430 Lowell Blvd., Denver, CO 80204 (hereinafter the "Property").

7. On or about June 24, 2015, during the Policy period, a hailstorm hit Mr. Cole's Property causing property damage.

8. Mr. Cole filed his claim with Defendant and Defendant issued him claim number 611344795002.

9. On or about July 12, 2015, Defendant's Adjuster, Joshua Hughes, drafted an estimate of repairs for the Property with a replacement cost value of $6,904.85 (actual cash value of $4,163.28).

10. On January 2, 2019, Curtis Cole entered into a contract with Diamond Exteriors pursuant to which Diamond Exteriors was assigned (among other things) all insurance proceeds, the right to pursue insurance proceeds from Defendant, and pursue legal action.

11. On or about March 3, 2019, Diamond Exteriors prepared an estimate to repair all hail related damage. The estimate to repair the hail related damage was valued at $71,307.80.

12. On or about June 13, 2019, Defendant's Adjuster, Erica Brock requested of Plaintiff to submit photos of the damage and lead painted wood shingles.

13. On or about June 13, 2019, Plaintiff offered and requested multiple times that Defendant send a representative to capture photos of the damaged and lead painted wood shingles.

14. On or about June 13, 2019, Plaintiff submitted to Defendant a copy of hazardous material testing report conducted by Colorado Environmental Services.

15. On or about June 24, 2019, Curtis Cole requested Defendant conduct a site visit, photograph the damage, document, and investigate the damage.

16. On or about September 3, 2019, Plaintiff submitted to Defendant photographs of wood shingles with lead paint.

17. On December 6, 2019, Curtis Cole sent Defendant a letter demanding appraisal on the claim and selecting Mark Higgins as their appraiser.

18. On or about June 10, 2020, the appraisal umpire signed the award with a replacement cost value of $67,964.51 (actual cash value $62,419.92).

19. On or about July 17, 2020, Diamond Exteriors presented Defendant with a final invoice for work completed at the Property.

20. On or about July 21, 2020, Defendant issued a final payment of $5,544.59 to Curtis Cole.

21. Upon information and belief, the appraisal award amount is evidence that Defendant's initial valuation of the claim was incorrect and unreasonably delayed. Upon information and belief, Curtis Cole should not have been required to invoke appraisal to receive a fair valuation of the claim.

22. Although Plaintiff provided Defendant with the necessary documentation to recover covered benefits, Defendant has unreasonably delayed and denied Plaintiff's claims for benefits by failing to conduct a reasonable investigation of the Property's damage and failing to properly adjust the loss with all available information.

23. As a consequence of Defendant's conduct in unreasonably delaying and denying Plaintiff's claims for benefits due and owing under the Policy, Plaintiff incurred damages.

## V.   CLAIM FOR RELIEF
*(Violation of C.R.S. § 10-3-1115 and Relief Pursuant to § 10-3-1116)*

24. Plaintiff incorporates the allegations contained in the paragraphs above as if fully set forth herein.

25. C.R.S. §10-3-1115 forbids an insurer from unreasonably delaying or denying payment of a claim for benefits owed to or on behalf of a first-party claimant.

26. Plaintiff is a first-party claimant under C.R.S. § 10-3-1115.

27. Defendant has denied the Plaintiff's claim without a reasonable basis within the meaning of C.R.S. § 10-3-1115.

28. C.R.S. § 10-3-1116 provides that a first-party claimant whose claim has been unreasonably delayed by an insurer may bring an action in Colorado District Court to recover reasonable attorneys' fees and court costs and two times the covered benefits.

29. Due to Defendant's actions, as described above, violate C.R.S. § 10-3-1115, Plaintiff brings this claim to recover their reasonable attorneys' fees and court costs and two times the covered benefits, as allowed under C.R.S. § 10-3-1116.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment in their favor and against Defendant on its Claims for Relief as follows:

1. Two times the amount of all covered benefits under the Policy;
2. Costs, expert witness fees, and attorneys' fees per statute incurred in prosecuting their claim;
3. Pre- and post-judgment interest; and
4. For such other further relief as this Court may deem just.

## PLAINTIFF DEMANDS A TRIAL BY JURY

Respectfully submitted this 7th day of October 2021.

FURTADO LAW PC

/s/ *David J. Furtado*
David J. Furtado, Esq.
Furtado Law PC
3773 Cherry Creek North Drive,
Suite 755
Denver, CO 80209
Telephone: (303) 755-2929
Email: dfurtado@furtadolaw.com
Attorney for Plaintiff