IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 21-cv-02921-CNS-MEH | Date: February 8, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DOUGLAS SMITH BUILDERS LLC<br>**Plaintiff** | *Tanner Havens* |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA<br>**Defendant** | *Holly White* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:59 a.m.

Appearance of counsel.

Argument as to [36] Defendant's Motion for Summary Judgment and Request for Attorney Fees and Costs Under C.R.S. 10-3-1116(5) given by Ms. White and Mr. Havens with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[36] Defendant's Motion for Summary Judgment and Request for Attorney Fees and Costs Under C.R.S. 10-3-1116(5) is GRANTED as to summary judgment and costs, DENIED as to attorney fees.**

**Judgment shall enter in favor of the defendant and against the plaintiff.**

**The defendant may file a bill of costs within ten days.**

Court in Recess: 10:20 a.m.    Hearing concluded.    Total time in Court: 00:21