IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02921-CNS-MEH

DOUGLAS SMITH BUILDERS LLC,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Oral Oder of U.S. District Judge Charlotte N. Sweeney issued at the Oral Argument hearing held on February 8, 2023, [ECF No. 42] it is

ORDERED that [36] Defendant's Motion for Summary Judgment and Request for Attorney Fees and Costs Under C.R.S. 10-3-1116(5) [ECF No. 36] is GRANTED in part and DENIED in part.  It is

FURTHER ORDERED that judgment is entered in favor of the defendant and against the plaintiff.  It is

FURTHER ORDERED that the defendant is awarded reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 8th day of February, 2023.

           FOR THE COURT:
           JEFFREY P. COLWELL, CLERK

           By: s/ J. Dynes
               J. Dynes, Deputy Clerk